✎JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**                                **U.S. District Court - District of Massachusetts**

**Place of Offense:** Randolph, MA     **Category No.** 2          **Investigating Agency** FBI

**City** _____

**County** Norfolk

**Related Case Information:**

Superseding Ind./ Inf. _____     Case No. _____
Same Defendant _____     New Defendant _____
Magistrate Judge Case Number   26-4115-DHH
Search Warrant Case Number   26-4097 to 26-4100
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____     ☐ Yes  ☑ No

Defendant Name   Daniel Rodriguez                             Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☐ No

Alias Name: _____

Address:   245 GARDEN ST APT 7 CAMBRIDGE MA 02138

Birth date (Yr only): 1989     SSN (last 4#): 6565     Sex: M     Race _____     Nationality: _____

**Defense Counsel if known:** _____     Address: _____

Bar Number: _____          _____

**U.S. Attorney Information**

AUSA: Elizabeth Riley                    Bar Number if applicable: 679537

**Interpreter:** ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No     If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes  ☑ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:** Norfolk County House of Corrections Dedham, MA 02026

**Arrest Date:** January 14, 2026

☐ Already in Federal Custody as of _____ in _____ .
☑ Already in State Custody at Norfolk County House of Corrections  ☐ Serving Sentence  ☑ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint     ☐ Information     ☐ Indictment

**Total # of Counts:** ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑     **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 1/16/2026          Signature of AUSA: *Elizabeth Riley*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  Daniel Rodriguez

**U.S.C. Citations**

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 1591(a)(1) and (b)(1) | Sex Trafficking by Force, Fraud or Coercion | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**